```
J. Toney
Attorney at Law
State Bar No. 43143

P.O. Box 1515
Woodland, California 95776
(530) 666-1908
yoloconflict@aol.com

Attorney for Alejandra Bautista
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) |
| --- | --- |
| | ) Cr. No. S-08-230 JAM |
| Plaintiff, | ) |
| | ) STIPULATION AND PROPOSED |
| v. | ) ORDER CONTINUING STATUS |
| | ) CONFERENCE |
| ALEJANDRA BAUTISTA | ) (July 22, 2008 before Judge |
| | ) Mendez) |
| | ) |
| Defendant, | ) |
| _____ | ) |

  Because the parties are close to resolution of this case, but not yet totally in agreement, it is STIPULATED that the status conference be continued from July 15, 2008 to July 22, 2008 at 8:30 AM with time excluded from the Speedy Trial Act for counsel preparation under local code T4.  The parties respectfully request that the Court so order.

Dated July 15, 2008

   S/KYLE REARDON                                    S/ J.TONEY

    Kyle Reardon                                      J. Toney
 Assistant U.S. Attorney                        Attorney for Defendant

SO ORDERED:

DATED:  JULY 16, 2008                        /s/ John A. Mendez
                                             U.S. District Judge

1